| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States Courts
Southern District of Texas
ENTERED

MAY 14 1999

Michael N. Milby, Clerk of Court

| RECUSAL ORDER | Case Number   H-99-1422 |

Style: W. Mark Lanier, et al. v. Compaq Computer Corporation, et al.

ORDER: I stand recused in this case.
Deadlines in scheduling orders continue in effect.
Court settings are vacated.

Signed:

*[signature]*

Ewing Werlein, Jr.,
United States District Judge

Date:   May 12, 1999

REASSIGNMENT | This case is reassigned to:

**DAVID HITTNER**

MICHAEL MILBY
United States District Clerk

By: *[signature]* VJHulsey

Deputy Clerk

5

```
CASE:      4:99-cv-00549
DOCUMENT:  19
DATE:      05/14/99

CLERK:     lt
```

```
                                        CLERK, U. S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF TEXAS
                                                FILED
                                              5-13-89
                                           MICHAEL N MILBY, CLERK
                                            BY DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Mutual Marine Office, Inc.,      §
    Plaintiff,                   §
                                 §
V.                               §    CA-H-99-549
                                 §
                                 §
M/V Radomyshl, et al.,           §
    Defendants.                  §

## NOTICE

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

PLACE:        BOB CASEY FEDERAL BUILDING
              515 RUSK
              HOUSTON, TEXAS  77002
              Courtroom 700

RE-SET DATE:  May 26, 1999

TIME:         8:45 a.m.

TYPE OF PROCEEDING: Rule 16 Scheduling Conference


NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE                    DATE: 05/13/99

*/s/ Linda A. Gonzale*
(BY) DEPUTY CLERK

TO: Harold Kingsley
    Ernest Powell, III
    Paul Keane
    John Elsley
    Thomas Deen
    Kirk Lyons

ClibPDF - www.fastio.com