Case 4:99-cv-01422 Document 7 Filed on 06/14/99 in TXSD Page 1 of 11

United States Courts
Southern District of Texas
ENTERED

JUN 15 1999

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

99-1422

JEFF KURTZMAN, Individually and on behalf of all those similarly situated, §

Plaintiff, §

VS. § CIVIL ACTION NO. H-99-779

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, § CONSOLIDATED WITH

Defendants §

---

DEBBIE KNOBLUTH, Individually and on behalf of all those similarly situated, §

Plaintiff, §

VS. § CIVIL ACTION NO. H-99-836

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, §

Defendants §

---

DAVID GOLAN, Individually and on behalf of all those similarly situated, §

Plaintiff, §

VS. § CIVIL ACTION NO. 99-869

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, §

Defendants §

---

7

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| EMANUEL CATECHIS, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-889 |
| SUZANNE P. GOODMAN, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-936 |
| DAVID W. MAZONE, JUSTIN M. VANDERPOT, AND BEHRAH NAKHAI, Individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-937 |

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| JOSEPH COTRONEO, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-952 |
| GARY GILMAN, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-967 |
| VIRGO FAMILY TRUST, by John and Barbara Virgo, on behalf of itself and all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1011 |

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| STEVEN KAMMERMAN, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1020 |
| ROBERT HONMYHR, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1026 |
| NEIL GILLIGAN, RICHARD J. KNEEBONE, AND RUTH L. KNEEBONE, Individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1097 |

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| LAWRENCE E. BALFUS, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1101 |
| HERBERT J. HAAS AND JOHN E. CLARK, Individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1119 |
| CRAIG HOUSTON AND DEBORAH A. DYCKMAN, Individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1127 |

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| RUTH GRAIFMAN AND JULIUS GRAIFMAN, Individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1139 |

---

| | | |
|---|---|---|
| HAYMAN SCHWARTZ, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, EARL L. MASON, WILLIAM D. STRECKER, AND MICHAEL J. WINKLER,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1161 |

---

| | | |
|---|---|---|
| ALAN SMITH, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1174 |

---

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| ROBERT C. DANIELS, Individually and on behalf of all those similarly situated, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 99-1178 |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, EARL L. MASON, WILLIAM D. STRECKER, AND MICHAEL J. WINKLER, | § | |
| Defendants | § | |

| | | |
|---|---|---|
| JEANNE E. LIBIT, Individually and on behalf of all those similarly situated, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 99-1204 |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, | § | |
| Defendants | § | |

| | | |
|---|---|---|
| STEVEN OSTROW, Individually and on behalf of all those similarly situated, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 99-1281 |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, | § | |
| Defendants | § | |



ClibPDF - www.fastio.com

| | | |
|---|---|---|
| ARNOLD SILVERSTEIN AND ROBERT STRUGO, Individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | § § § § § § § § § § § § § § | CIVIL ACTION NO. 99-1290 |

| | | |
|---|---|---|
| MILTON AND ROSLYN APPLEBAUM, Individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, §<br><br>Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO. 99-1298 |

| | | |
|---|---|---|
| JULIUS TURNER, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO. 99-1356 |

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| DAVID L. RICHARDS, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1359 |
| AARON SOLOMON AND MICHAEL ZELMAN, Individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-99-1376 |
| JOSEPH PERRI, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1381 |

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| PERRY DICASPRI, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, EALR L. MASON, WILLIAM D. STRECKER, RODNEY W. SCHROCK, JOHN T. ROSE, ENRICO PESTATORI, HANS W. GUTSCH, MICHAEL D. HEIL, THOMAS C. SIEKMAN, JOHN J. RANDO, AND MICHAEL J. WINKLER, MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-99-1381 |
| WARREN HILLS, Individually and on behalf of those similarly situated,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-99-1295 |
| W. MARK LANIER, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1422 ✓ |

**ORDER** (Certified Copy)

The Court sua sponte

ClibPDF - www.fastio.com

ORDERS that H-99-CV-1422 is hereby consolidated into the above referenced securities fraud action under lead case number H-99-CV-779. All consolidated actions are subject to orders issued in the lead case.

**SIGNED** at Houston, Texas, this 14th day of June, 1999.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com